# EXHIBIT 4

| | | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Jun 15 2010 11:23AM MDT<br>Filing ID: 31642891<br>Review Clerk: Kari S Elizalde |
|---|---|---|
| **DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO** | | |
| Court Address: | Denver City and County Building<br>1437 Bannock St.<br>Denver, Colorado 80202 | |
| **Plaintiff:** | United Western Bank | |
| v. | | |
| **Defendant(s):** | Countrywide Financial Corporation, Countrywide Home Mortgage Loans, Inc., CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, Countrywide Securities Corporation, Eric P. Sieracki, Thomas K. McLaughlin, Stanford L. Kurland, David A. Spector, Bank of America Corporation, and UBS Securities LLC | |
| | | ▲ **COURT USE ONLY** ▲ |
| | | Case No.:   2010CV3325<br>Division:   2 |
| **ORDER GRANTING EXTENSION OF TIME AND SETTING BRIEFING SCHEDULE** | | |

THIS MATTER comes before the Court on the Joint Motion for Extension of Time and to Set Briefing Schedule. Being fully informed and for good cause shown, the Court hereby GRANTS the parties' motion and ORDERS that: (1) defendants Countrywide Financial Corporation, Countrywide Home Mortgage Loans, Inc., CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, Countrywide Securities Corporation, Bank of America Corporation, and UBS Securities LLC, shall file their motion(s) to dismiss or shall otherwise respond to the complaint on July 16, 2010; (2) plaintiff shall have until August 16, 2010 to respond to any motion(s) to dismiss; and (3) defendants shall have until August 31, 2010 to file a reply in support of their motion(s) to dismiss. Parties shall not file any combined pleadings (*ie* Plaintiff shall file a separate Response to each Motion to Dismiss).

dn-158976

Dated June 15, 2010

BY THE COURT:

*[signature: Herbert L. Stern III]*

Herbert L. Stern III
Denver District Court Judge