# EXHIBIT 29

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address: 1437 Bannock Street<br>Denver, Colorado 80202<br><br>**Plaintiff(s):**<br>**UNITED WESTERN BANK**<br><br>**v.**<br><br>**Defendant(s):**<br> **COUNTRYWIDE FINANCIAL CORP et al** | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Jan 24 2011  4:44PM MST**<br>**Filing ID: 35550225**<br>**Review Clerk: Ashley Landis**<br><br>▲  COURT USE ONLY  ▲<br><br>Case Number 10CV3325<br><br>Courtroom:  269 (FKA Ctrm 2) |
| **ORDER OF RECUSAL** | |

The Honorable Ann B. Frick recuses from this matter.  This case is sent to Courtroom 209 for reassignment.

Dated:         January 24, 2011

BY  THE COURT:

*Ann B. Frick*

Ann B. Frick
District Court Judge

CC: EFILED