# EXHIBIT

# 30

<table>
<tr><td>

DISTRICT COURT,
CITY AND COUNTY OF DENVER, COLORADO

Court Address: 1437 Bannock Street
                Denver, Colorado 80202

**Plaintiff(s): UNITED WESTERN BANK,**

**v.**

**Defendant(s):  COUNTRYWIDE FINANCIAL CORP ET AL.**

</td><td>

<span style="color:red">EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Jan 25 2011  9:40AM MST
Filing ID: 35558221
Review Clerk: Linda L Gibbs</span>

▲   **COURT USE ONLY**   ▲

Case Number:  10 CV 3325

Ctrm:  209 (FKA Ctrm  6)

</td></tr>
<tr><td colspan="2" align="center">

**ORDER**

</td></tr>
</table>

       This case is hereby reassigned to Courtroom 215 (FKA Courtroom 7)  from Courtroom 2 (FKA Courtroom 269) due to the recusal of Judge Ann B. Frick. Parties are instructed to contact courtroom 215 for any pending matters.

Dated:  January 25, 2011

BY THE COURT:

Robert S. Hyatt
Chief Judge
Denver District Court