# EXHIBIT 32



APPROVED **Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.**
**Dated: Feb 07, 2011**

**William W. Hood III**
**District Court Judge**
**EFILED Document**
DATE OF ORDER INDICATED ON ATTACHMENT
**CO Denver County District Court 2nd JD**
**Filing Date: Feb  7 2011  4:08PM MST**
**Filing ID: 35808202**
**Review Clerk: Nancy E Magdaleno**

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address:   Denver City and County Building<br>1437 Bannock St.<br>Denver, Colorado  80202 | |
| **Plaintiff:**   United Western Bank<br><br>v.<br><br>**Defendant(s):**   Countrywide Financial Corporation, et al. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff United Western Bank<br><br>Kip B. Shuman (#23593)<br>Rusty E. Glenn (#39183)<br>THE SHUMAN LAW FIRM<br>885 Arapahoe Avenue<br>Boulder, Colorado  80302<br>Telephone:  (303) 861-3003<br>Facsimile:   (303) 484-4886<br><br>Steve W. Berman (*pro hac vice*)<br>Tyler Weaver (*pro hac vice*)<br>Karl P. Barth (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington  98101<br>Telephone:  (206) 623-7292<br>Facsimile:   (206) 623-0594 | Case No.:   2010CV3325<br><br>Division:   2 |
| **[PROPOSED] ORDER STAYING CASE** | |

-1-

006157-11  422629 v1

   The Court, having considered Counsel's Unopposed Request for 30 –Day Stay to Allow for Resolution of Issues Created by Seizure of Plaintiff United Western Bank, hereby stays all proceedings in this case until March 3, 2011.

Dated: February ___, 2011.　　　　　　　　BY THE COURT

                _____
                William W. Hood III
                Denver District Court Judge