# EXHIBIT 37

APPROVED  Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

Dated: Aug 12, 2011

William W. Hood III
District Court Judge

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Aug 12 2011  9:10AM MDT
Filing ID: 39249236
Review Clerk: Nancy E Magdaleno

| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address:  Denver City and County Building<br>1437 Bannock St.<br>Denver, Colorado 80202 | |
|---|---|
| **Plaintiff:**   United Western Bank<br><br>v.<br><br>**Defendant(s):**   Countrywide Financial Corporation, et al. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff United Western Bank<br><br>Kip B. Shuman (#23593)<br>Rusty E. Glenn (#39183)<br>THE SHUMAN LAW FIRM<br>885 Arapahoe Avenue<br>Boulder, Colorado 80302<br>Telephone:  (303) 861-3003<br>Facsimile:   (303) 484-4886 | Case No.:  2010CV3325<br><br>Division:   2 |
| **PROPOSED ORDER GRANTING THE JOINT MOTION REGARDING TIME FOR FILING NOTICE OF REMOVAL AND BRIEFING OF MOTION FOR INTERLOCUTORY APPEAL** | |

The Court, having the parties' joint motion, hereby orders as follows:

1. Defendants shall have 30 days from any order substituting the FDIC as Plaintiff to file a notice of removal.

2. Plaintiff's response to the motion for interlocutory appeal, if any, will be due within 45 days after any order substituting the FDIC as Plaintiff.

Dated: August ___, 2011.                         BY THE COURT

                                                 _____
                                                 William W. Hood III
                                                 Denver District Court Judge