IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02268-WJM-KLM

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver for UNITED WESTERN BANK, F.S.B.,

Plaintiff,

v.

COUNTRYWIDE FINANCIAL CORPORATION,
COUNTRYWIDE HOME MORTGAGE LOANS, INC.,
CWALT, INC.,
CWMBS, INC.,
COUNTRYWIDE CAPITAL MARKETS,
COUNTRYWIDE SECURITIES CORPORATION,
BANK OF AMERICA CORPORATION, and
UBS SECURITIES, LLC,

Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT UBS SECURITIES LLC

TAKE NOTICE that Frederick R. Yarger is leaving the law firm of Gibson, Dunn & Crutcher LLP and will no longer serve as counsel of record to Defendant UBS Securities LLC.

Current counsel of record for Defendant UBS Securities LLC, on whom all notices and papers should be served under Fed. R. Civ. P. 5, is as follows:

> Gregory J. Kerwin
> Gibson, Dunn & Crutcher LLP
> 1801 California Street, Suite 4200
> Denver, CO 80202
> Telephone: 303-298-5700
> Fax: 303-313-2829
> E-mail: gkerwin@gibsondunn.com

Dated: February 22, 2011

Respectfully submitted,

/s/ *Gregory J. Kerwin*
  Gregory J. Kerwin

Gregory J. Kerwin
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202
Telephone: 303-298-5700
Fax: 303-298-5907
E-mail: gkerwin@gibsondunn.com

*Attorney for Defendant UBS Securities LLC*

101238391.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2012, the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT UBS SECURITIES LLC** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Kip B. Shuman
Rusty Glenn
THE SHUMAN LAW FIRM
Email: kip@shumanlawfirm.com
Email: rusty@shumanlawfirm.com

*Attorneys for Plaintiff*

Nicole K. Serfoss
Randall J. Fons
MORRISON & FOERSTER LLP
Email: nserfoss@mofo.com
Email: nserfoss@mofo.com

*Attorneys for Bank of America Corp.*

Adam Selim Hakki
SHEARMAN & STERLING
ahakki@shearman.com

Kevin M. Shea
RICHILANO SHEA LLC
shea@richilanoshea.com

*Attorneys for the Countrywide Defendants*

/s/ Gregory J. Kerwin
Gregory J. Kerwin