**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

FILED
CLERK, U.S. DISTRICT COURT

3/17/15

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CP_____ DEPUTY

**IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGE−BACKED SECURITIES
LITIGATION**

MDL No. 2265

2:11-cv-10400-MRP-MANx

Federal Deposit Insurance Corporation v. Countrywide Financial Corporation et al

(SEE ATTACHED SCHEDULE)

I hereby attest and certify on 4/3/2015
that the foregoing document is full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Central District of California.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Central District of California with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 30, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGE−BACKED SECURITIES
LITIGATION**                                                                  MDL No. 2265

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| CAC | 2 | 12−08317 | ALM | 2 | 12−00784 | Federal Deposit Insurance Corporation v. Countrywide Securities Corporation et al |
| CAC | 2 | 11−10400 | CO | 1 | 11−02268 | Federal Deposit Insurance Corporation v. Countrywide Financial Corporation et al |